IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 2:18-CV-00152-9 |
| | ) | |
| BRYAN SMITH | ) | |

## ORDER APPOINTING COUNSEL

**AND NOW**, this 21st day of June, 2018, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his/her right to the appointment of counsel, attorney **Christy Patricia Foreman** is appointed as CJA counsel for defendant **BRYAN SMITH** pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A.

This appointment is effective June 21, 2018.

s/Maureen P. Kelly
Maureen P. Kelly
Chief United States Magistrate Judge