# RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| | CRIMINAL DOCKET NUMBER | 18-152 (9) |
| BRYAN SMITH | DATE OF INDICTMENT | |
| | STATUTE: | 21:846 |

DATE ARRESTED: 6/21/18

## INITIAL APPEARANCE

| Before Magistrate | ☐ LENIHAN<br>☐ MITCHELL<br>☒ KELLY | ☐ EDDY<br>☐ BAXTER<br>☐ PESTO | Date: 6/21/18<br>Time: 3:09 – 3:12 | Cassette Tape:<br>Tape Index: |
|---|---|---|---|---|

U. S. ATTORNEY: TONYA SULIA GOODMAN

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - ☒ Read    ☒ Summarized    ☐ Reading waived
   - ☒ Defendant provided with a copy of the charges
   - ☒ Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - ☒ Read    ☒ Summarized    ☐ Reading waived

4. COUNSEL
   - ☒ Defendant requested appointment    ☐ Defendant waived appointment
   - ☒ Defendant represented by: Christy Foreman
   - ☐ Defendant expects to retain:
   - ☒ Affidavit executed.
   - ☐ Not Qualified    ☒ Qualified    ☐ with possible requirement for partial or full payment
   - ☐ Federal Public Defender appointed
   - ☒ CJA Panel Attorney: Christy Foreman to be appointed

5. BAIL
   - Recommended Bond:
   - Bond Set at:
   - ☐ By Consent    ☐ Additional Conditions Imposed:
   - ☐ By Magistrate
   - ☐ Bond Posted
   - ☒ Temporary Commitment issued    ☐ Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For: June 26, 2018 at 10:30 AM

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

Preliminary Exam/Rule 40/Arraignment set for: 6/26/18 @ 10:30    Before Magistrate: MAUREEN KELLY

ADDITIONAL COMMENTS: