IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 18-152-9 |
| vs. | ) | Judge Schwab |
| Bryan Smith | ) | |
| | ) | Chief Magistrate Judge Maureen Kelly |

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: Christy Foreman     10:40 - 10:48
Government: Tonya Goodman

1. Date of Arraignment: 6-26-18
2. Defendant is: __X__ incarcerated.  _____ on bond.
3. Defendant entered a plea of  not guilty .
4. The parties were advised that all pretrial motions must filed within forty-five (45) days.
5. A Rule 16 conference: _____ has been held.   __X__ has not been held.
6. Discovery is _____ completed   __X__ not completed.
7. Defendant has requested to be tried by:   __X__ Jury   _____ Non-Jury
8. All parties have been advised that the matter:
   _____ has been scheduled for trial for _____.
   __X__ has not been scheduled for trial.
   _____ has not been scheduled for trial, but will be notified.
9. Estimated trial length: 1 month
10. Defendant: __X__ has been processed by U.S. Marshal.
    _____ has not been processed by U.S. Marshal, but has been advised to be processed.

Maureen P. Kelly
Chief United States Magistrate Judge