IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

BRYAN SMITH

Criminal No. *18-152-9*

## ARRAIGNMENT PLEA

Defendant BRYAN SMITH

being arraigned, pleads *NOT GUILTY*

in open Court this _____*26TH*_____ day of

_____*June*_____ , 20 *18* _____

_____*Bryan Smith*_____
(Defendant's Signature)

_____
(Attorney for Defendant)