# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA _____ )
     **Plaintiff**     )
             )
    vs.        ) No. 18-152-9
             )
BRYAN SMITH _____ )
     **Defendant**    )

## HEARING HELD: DETENTION

### Before CHIEF MAGISTRATE JUDGE MAUREEN P. KELLY

*Tonya Goodman*
Appear for Plaintiff

*Chrisly Foreman*
Appear for Defendant

Hearing begun 06/26/18 at _10:40 am_   Defendant Present _Yes_

Hearing concluded 06/26/18 at _10:48 am_   Court Reporter _n/a_

## WITNESSES:

For Plaintiff         For Defendant

_____   _____

_____   _____

_____   _____

*Defendant signed waiver of detention hearing.*

The Court determines that the defendant shall be -

*detained.*