IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
vs )   Criminal Case No. 18-152-9
)
Bryan Smith )
)

WAIVER OF DETENTION HEARING

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

_____Bryan Smith_____
SIGNATURE OF DEFENDANT

DATE: 6-26-18

_____[signature]_____
COUNSEL FOR DEFENDANT

ORDER OF DETENTION

AND NOW, this 26th day of June, 2018,

IT IS HEREBY ORDERED that the government's request for detention is GRANTED pending further consideration if and when the issue of bail becomes relevant.

s/ Maureen P. Kelly
MAUREEN P. KELLY
CHIEF UNITED STATES MAGISTRATE JUDGE