IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-152 |
| BRYAN SMITH | |

RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL

The following materials are provided to you pursuant to Local Criminal Rule 16 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1. Relevant written or recorded statements or confessions of the defendant. Specify:

   **One flash drive containing Title III electronic and wire intercepts for:**

   **Target Telephone #1**
   **Target Telephone #2**
   **Target Telephone #3**
   **Target Telephone #4**
   **Target Telephone #5**
   **Target Telephone #6**
   **Target Telephone #7**
   **Target Telephone #8**

   **The flash drive also contains the Title III Applications, Affidavits, Orders and other documents filed at Misc. Nos. 18-184, 18-184(a), 18-184(b), and 18-184(c) and searchable "linesheets" which provide information regarding each call session (session number; date; time; the telephone numbers involved; whether the call or text was incoming or outgoing; etc.).**

2. Grand Jury testimony of the defendant. Specify:

   N/A

3. Defendant's prior criminal record attached.

   ☒ Yes ☐ No

4. At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the

government as evidence in chief at trial, or (c) were obtained from or belong to the defendant.

**The government will produce and/or make available for review any additional Rule 16 materials as they become available.**

5. Reports of relevant physical or mental examinations and scientific tests. Specify:

   **17LAB12002-1_controlled buys**

   **Any additional laboratory reports for drug seizures will be provided upon completion of testing.**

6. As set forth in applicable case authority, counsel for the government recognizes his/her obligation to seek all evidence favorable to the defendant which is known to the others acting on the government's behalf in this case, and will timely disclose known, material, favorable evidence in a manner which accords due process to the defendant. The following exculpatory material is being disclosed at this time:

   **None.**

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

*/s/ Rechaul J. B*
Assistant U.S. Attorney

7/9/18
Date

Receipt acknowledged by:

*/s/ Chely P Tauun Esq.*
Counsel for Defendant

7/9/18
Date

Original to Magistrate
Copy for Defendant and USA